IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| MARK SHORT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-252-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

Max Rae
P. O. Box 7790
Salem, Oregon 97303

        Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia Hobbs
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902

Page 1 - JUDGMENT

L. Jamala Edwards
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for a finding of disability.

    Dated this _____18th_____ day of March, 2008.

                                                  /s/ Garr M. King
                                            Garr M. King
                                            United States District Judge