FILED'08 MAY 19 13:19 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**MARK A. SHORT,**                                                             CV. 07-252-KI

                            Plaintiff,

v.                                                       ORDER AWARDING EAJA
                                                      ATTORNEY FEES

**MICHAEL J. ASTRUE,**
Commissioner of Social Security,
                         Defendant.

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,316.77 and no expenses, shall be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Payment shall be to Max Rae, attorney, on behalf of Plaintiff.

DATED this 19 day of May, 2008.

_____
United States District Judge

PRESENTED BY:
s/ Max Rae
MAX RAE, OSB#81344
(503) 363-5424
Attorney for Plaintiff, Mark A. Short


Page 1.     ORDER AWARDING EAJA ATTORNEY FEES
                SHORT v. ASTRUE, CV. 07-252-KI